NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WOODROW SINQUEFIELD,     )
     )
     Appellant,     )
     )
v.     )     Case No. 2D18-893
     )
STATE OF FLORIDA,     )
     )
     Appellee.     )
_____)

Opinion filed October 26, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Sarasota County; Charles E. Roberts,
Judge.

Woodrow Sinquefield, pro se.


PER CURIAM.


     Affirmed.




LaROSE, C.J., and SILBERMAN and ROTHSTEIN-YOUAKIM, JJ., Concur.